## Commonwealth *v.* Effedian, Appellant.

Submitted September 9, 1968. *Abraham J. Brem Levy,* for appellant; *Paul R. Michel* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.